# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. KRUEGER,<br>              Plaintiff,<br>     v.<br>NANCY A. BERRYHILL,<br>              Defendant. | CASE NO. 5:18-cv-001987-JFW (SK)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

      On September 18, 2018, Plaintiff filed a pro se complaint challenging Defendant's denial of disability benefits. (ECF 1). Two days later, she was ordered to serve the complaint and summons on Defendant and file a proof of service. (ECF 7). When Plaintiff had not filed a proof of service by January 11, 2019, she was ordered to show cause why the action should not be dismissed for failure to prosecute. (ECF 9). Plaintiff could have discharged that order to show cause by filing a proof of service or requesting an extension of time to complete service with good cause. (*Id.*). That order also warned Petitioner that failure to respond by February 8, 2019 would result in involuntary dismissal of this action. (*Id.*). Yet as of this order, Plaintiff has filed no proof of service, no response to the order to show cause,

and no request for an extension of time to do either.  Nor has the Court received any returned undeliverable mail or notice of change of address suggesting that Plaintiff has not received the Court's orders.

For these reasons, this action may be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *Pagtalunan v. Galaza,* 291 F.3d 639, 642 (9th Cir. 2002).  The Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the [Defendant]; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Carey v. King,* 856 F.2d 1439, 1440 (9th Cir. 1988) (per curiam).  All five factors support dismissal here.  *See Yourish v. California Amplifier,* 191 F.3d 983, 990 (9th Cir. 1999); *Ferdik v. Bonzelet,* 963 F.2d 1258, 1262 (9th Cir. 1992).

THEREFORE, the complaint is ordered DISMISSED for lack of prosecution.  Judgment dismissing this action without prejudice will be entered accordingly.

**IT IS SO ORDERED.**

DATED: February 27, 2019

　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE


PRESENTED BY:

HON. STEVE KIM
U.S. MAGISTRATE JUDGE