# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. KRUEGER,<br><br>              Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>              Defendant. | CASE NO. 5:18-cv-001987-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the Complaint and this action are dismissed without prejudice.

DATED: February 27, 2019

                                          HON. JOHN F. WALTER
                                          U.S. DISTRICT JUDGE